UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NUMBER: 12-920 |
| **BOLLINGER SHIPYARDS, INC.** | * | SECTION: "R" (5) |
| **BOLLINGER SHIPYARDS LOCKPORT, LLC, AND HALTER** | * | JUDGE VANCE |
| **BOLLINGER JOINT VENTURE, LLC** | | MAGISTRATE CHASEZ |
| | * | |

\* \* \*

### PLAINTIFF'S *EX PARTE* MOTION TO SUBSTITUTE COUNSEL AND TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, the United States of America ("United States"), and, pursuant to Local Rule 83.2.11, hereby moves this Court to substitute and designate as lead counsel Arnold M. Auerhan, Trial Attorney, Civil Division, U.S. Department of Justice, in place of Doris Denise Coles-Huff, Assistant United States Attorney, District of Columbia, as counsel of record herein for plaintiff.

Further, pursuant to LR83.2.12, the United States wishes to enroll as additional counsel Sharon D. Smith, Assistant United States Attorney, Eastern District of Louisiana, and David B. Wiseman, Senior Trial Counsel, Civil Division, U. S. Department of Justice.

The United States respectfully represents that substitution of Mr. Auerhan for AUSA Coles-Huff and enrollment of AUSA Smith and Mr. Wiseman will not prejudice either party nor result in any undue delays in the disposition of this matter.

**WHEREFORE,** for these reasons, the United States respectfully prays that this Court grant its motion to substitute Arnold M. Auerhan, Trial Attorney, Civil Division, U.S. Department of

Justice in place of Doris Denise Coles-Huff, Assistant United States Attorney, District of Columbia, as Lead Counsel for the United States in this matter and add Sharon D. Smith, Assistant United States Attorney, Eastern District of Louisiana, and David B. Wiseman, Senior Trial Counsel, Civil Division, U. S. Department of Justice, as additional counsel for the United States.

                                      Respectfully Submitted,

                                      */s/Doris Coles-Huff*
                                      DORIS COLES-HUFF (DC Bar #461437)
                                      Assistant United States Attorney
                                      555 Fourth Street, NW
                                      Washington, DC 20530
                                      Telephone: (202) 514-7170
                                      doris coles-huff@usdoj.gov

                                      */s/Arnold M. Auerhan*
                                      ARNOLD M. AUERHAN, (DC Bar#417731)
                                      Trial Attorney
                                      U. S. Department of Justice
                                      Civil Division
                                      Ben Franklin Station
                                      Post Office Box 261 (PHB 9130)
                                      Washington, DC 20044
                                      Tele: (202) 307-0278
                                      arnold.auerhan@usdoj.gov

                                      */s/David B. Wiseman*
                                      DAVID B. WISEMAN
                                      Senior Trial Counsel
                                      U. S. Department of Justice
                                      Civil Division
                                      Ben Franklin Station
                                      Post Office Box 261 (PHB 9032)
                                      Washington, DC 20044
                                      Tele: (202) 514-0132
                                      david.wiseman@usdoj.gov

JIM LETTEN
UNITED STATES ATTORNEY

*/s/Sharon D. Smith*
SHARON D. SMITH   (17146)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, LA  70130
Telephone:  (504) 680-3004
shardon.d.smith@usdoj.gov

## **CERTIFICATE OF SERVICE**

    I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, and/or mailing the same by first class United States mail, postage prepaid on this   18th   day of April, 2012.

                                                     */d/Arnold Auerhan*
                                                     ARNOLD AUERHAN, Trial Attorney