## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 12-920 |
| BOLLINGER SHIPYARDS, INC. | * | SECTION: "R", MAG. 5 |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

Now into court, through undersigned counsel, comes defendants, Bollinger Shipyards, Inc., Bollinger Shipyards of Lockport, L.L.C. and Halter-Bollinger Joint Venture, L.L.C., and pursuant to Local Rule 83.2.12 wishes to enroll as additional counsel C. Berwick Duval, II and Stanwood R. Duval of the law firm, Duval, Funderburk, Sundbery, Lovell & Watkins in this matter.

WHEREFORE, Bollinger Shipyards, Inc., Bollinger Shipyards of Lockport, L.L.C. and Halter-Bollinger Joint Venture, L.L.C. prays that C. Berwick Duval, II and Stanwood R. Duval of the law firm Duval, Funderburk, Sundbery, Lovell & Watkins be added as additional counsel of record on their behalf in this matter.

Respectfully submitted:

**WILEY REIN, LLP**

**BY:/s/ Roderick L. Thomas**
    **Roderick L. Thomas (pro hac vice motion pending)**
    **Scott M. McCaleb (pro hac vice motion pending)**
    **Kara M. Sacilotto (pro hac vice motion pending)**
    **Mark B. Sweet (pro hac vice motion pending)**
    **John W. Burd (pro hac vice motion pending)**
    1776 K Street NW
    Washington, DC 20006
    Phone: (202) 719-7000

    **Marcus B. Slater, Jr. (pro hac vice motion pending)**
    **Jennifer J. Zeien (pro hac vice motio pending)**
    **Slater & Zeien, L.L.P.**
    1900 L Street, Suite 611
    Washington, DC 20036
    Phone: (202) 467-5900

    **DUVAL, FUNDERBURK, SUNDBERY,**
       **LOVELL & WATKINS**


**BY: /s/ Stanwood R. Duval**
    **C. BERWICK DUVAL, II (5109)**
    **STANWOOD R. DUVAL (27732)**
    101 Wilson Avenue
    Post Office Box 3017
    Houma, Louisiana 70361
    Phone: (985) 876-6410
    Fax: (985) 851-1490

    **Attorneys for Defendants**

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by ECF, facsimile, and/or mailing the same by first class United States mail, postage prepaid on this 20th day of April, 2012.

                                                /s/ Stanwood R. Duval_____
                                                  STANWOOD R. DUVAL