# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NUMBER: 12-920 |
| **BOLLINGER SHIPYARDS, INC.** | * | SECTION: "R" (5) |
| **BOLLINGER SHIPYARDS LOCKPORT, LLC, AND HALTER BOLLINGER JOINT VENTURE, LLC** | * | JUDGE VANCE MAGISTRATE CHASEZ |
| | * | |

\* \* \*

## O R D E R

**CONSIDERING THE MOTION** of the United States of America to Substitute Counsel and to Enroll Additional Counsel, the motion be and is hereby **GRANTED.**

**IT IS ORDERED** that Arnold M. Auerhan, Trial Attorney, Civil Division, U.S. Department of Justice, is hereby substituted in place of Doris Coles-Huff, Assistant United States Attorney, District of Columbia, as Lead Counsel for the United States and Sharon D. Smith, Assistant United States Attorney, Eastern District of Louisiana, and David B. Wiseman, Senior Trial Counsel, Civil Division, U.S. Department of Justice, are hereby added as additional counsel for the United States.

New Orleans, Louisiana, this 23rd day of April, 2012.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE