# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 12-920 |
| BOLLINGER SHIPYARDS, INC. | * | SECTION: "R", MAG. 5 |

## ORDER

**Considering the Motion** of Bollinger Shipyards, Inc., Bollinger Shipyards of Lockport, L.L.C. and Halter-Bollinger Joint Venture, L.L.C., to Enroll Additional Counsel of Record, the motion is hereby GRANTED.

**IT IS ORDERED** C. Berwick Duval, II and Stanwood R. Duval are added as additional counsel for the defendants, Bollinger Shipyards, Inc., Bollinger Shipyards of Lockport, L.L.C. and Halter-Bollinger Joint Venture, L.L.C.

New Orleans, Louisiana this 27th day of April, 2012.

_Sarah Vance_
United States District Judge