IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| United States of America | Civil Action No. 2:12-cv-00920-SSV-ALC |
| v. | Section: "R"5 |
| Bollinger Shipyards, Inc., Bollinger Shipyards Lockport, L.L.C., and Halter-Bollinger Joint Venture, L.L.C. | Judge: Sarah S. Vance |
| | Magistrate Judge:  Alma L. Chasez |

PLAINTIFF'S MOTION TO ENROLL ADDITIONAL COUNSEL
OF RECORD and INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, the United States of America ("United States"), and hereby moves this Court to enroll additional counsel of record under LR83.2.12.  Specifically, the United States wishes to enroll as counsel Senior Trial Counsel Diana J. Younts.  The enrollment of additional counsel will not prejudice either party nor result in any undue delays in the disposition of this matter.

**WHEREFORE,** for these reasons, the United States respectfully prays that this Court grant its motion and direct the Clerk of Court to enroll Senior Trial Counsel Diana J. Younts as additional counsel of record for the United States in this matter.

Respectfully Submitted,

STUART F. DELERY
ASSISTANT ATTORNEY GENERAL

DANA BOENTE
UNITED STATES ATTORNEY

　s/ *Arnold M. Auerhan*
MICHAEL D. GRANSTON
ALAN E. KLEINBURD
ARNOLD M. AUERHAN,
DAVID B. WISEMAN
DIANA J. YOUNTS
U. S. Department of
Justice Civil Division
Ben Franklin Station
Post Office Box 261 (PHB 9130)
Washington, DC 20044
Tele: (202) 307-0278
arnold.auerhan@usdoj.gov

SHARON D. SMITH   (17146)
Assistant United States
Attorney 650 Poydras
Street, Suite 1600 New
Orleans, LA  70130
Tele:  (504) 680-3004
sharon.d.smith@usdoj.gov

## Certificate of Service

I hereby certify that on September 26, 2013 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following: C. Berwick Duval, Erin K. Nord, Mark B. Sweet, Marcus B. Slater, Jr., Jennifer J. Zeien, Roderick L. Thomas, Stanwood R. Duval.

*/s/ Arnold M. Auerhan*
Arnold M. Auerhan