IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| United States of America | Civil Action No. 2:12-cv-00920-SSV-ALC |
| v. | Section: "R"5 |
| Bollinger Shipyards, Inc., Bollinger Shipyards Lockport, L.L.C., and Halter-Bollinger Joint Venture, L.L.C. | Judge: Sarah S. Vance |
| | Magistrate Judge: Alma L. Chasez |

# **O R D E R**

**CONSIDERING THE FOREGOING** Motion and reasons stated therein,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Enroll Additional Counsel of Record and Incorporated Memorandum in Support is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Senior Trial Counsel Diana J. Younts be added as additional counsel of record.

New Orleans, Louisiana, this __1st__ day of _____October_____, 2013.

_____
**U.S. DISTRICT JUDGE**

**Certificate of Service**

I hereby certify that on September 26, 2013 I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following: C. Berwick Duval, Erin K. Nord, Mark B. Sweet, Marcus B. Slater, Jr., Jennifer J. Zeien, Roderick L. Thomas, Stanwood R. Duval.

> */s/ Arnold M. Auerhan*
> Arnold M. Auerhan