UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO: 12-920 |
| BOLLINGER SHIPYARDS, INC., BOLLINGER SHIPYARDS LOCKPORT, L.L.C., AND HALTER-BOLLINGER JOINT VENTURE, L.L.C. | SECTION: R(5) |

## **ORDER**

The Court, finding that as of this date neither party has filed any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion.

Accordingly, it is ORDERED that defendant's motion for attorneys' fees be awarded in the amount of $85,903.22.

New Orleans, Louisiana, this <u>10th</u> day of September, 2015.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE