## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| United States of America | Civil Action No. 2:12-cv-00920-SSV-MBN |
| v. | Section: "R"5 |
| Bollinger Shipyards, Inc., Bollinger Shipyards Lockport, L.L.C., and Halter-Bollinger Joint Venture, L.L.C. | Judge: Sarah S. Vance |
| | Magistrate Judge:  Michael B. North |

### JOINT STIPULATION OF DISMISSAL

Pursuant to the Settlement Agreement executed on December 9, 2015 and in accord with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the United States and Bollinger Shipyards, L.L.C. (formerly known as Bollinger Shipyards, Inc.), Bollinger Shipyards Lockport, L.L.C., and Halter-Bollinger Joint Venture, L.L.C. in this False Claims Act action hereby stipulate to the dismissal of this action with prejudice.  The parties request that the Court retain jurisdiction with respect to the obligations imposed by the Settlement Agreement.  All parties shall bear their own costs.

Date: _December 16_, 2015

BY: _[signature]_

DIANA J. YOUNTS
ARNOLD AUERHAN
ERIC SCHMELZER
BRUCE BERNSTEIN

United States Department of Justice
Counsel for the United States

BY: _[signature]_

Andre J. Lagarde
Assistant United States Attorney
United States Attorney's Office for the
Eastern District of Louisiana

*Counsel for the United States*

By: _[signature]_

Roderick L. Thomas (*pro hac vice*)
Scott M. McCaleb (*pro hac vice*)
Mark B. Sweet (*pro hac vice*)
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000

C. Berwick Duval, II (La. Bar No. 5109)
Stanwood Duval (La. Bar No. 27732)
Duval, Funderburk, Sundbery, Lovell &
Watkins
101 Wilson Avenue
Houma, LA 70364-3137
Tel: (985) 876-6410
Fax: (985) 851-1490
berwick@duvallawfirm.com
stan@duvallawfirm.com

Marcus B. Slater, Jr. (*pro hac vice*)
Jennifer J. Zeien (*pro hac vice*)
Slater & Zeien, L.L.P.
6509 Green Valley Road
New Market, MD 21774
(Tel) 301-865-5203

*Attorneys for Defendants*

**Certificate of Service**

I hereby certify that on _Dec 16_, 2015,  I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

C. Berwick Duval, Scott M. McCaleb, Mark B. Sweet, Marcus B. Slater, Jr., Jennifer J. Zeien, Roderick L. Thomas, Stanwood R. Duval.

_/s/ Diana J. Younts_
DIANA J. YOUNTS