# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| United States of America | Civil Action No. 2:12-cv-00920-SSV-MBN |
| v. | Section: "R"5 |
| Bollinger Shipyards, Inc., Bollinger Shipyards Lockport, L.L.C., and Halter-Bollinger Joint Venture, L.L.C. | Judge: Sarah S. Vance |
| | Magistrate Judge: Michael B. North |

## ORDER OF DISMISSAL

CONSIDERING THE FOREGOING JOINT STIPULATION OF DISMISSAL;

IT IS HEREBY ORDERED that the instant matter is dismissed with prejudice and that the case be closed.

Thus done and signed this 16th day of December 2015 in New Orleans, Louisiana.

*Sarah Vance*
THE HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that on December 16, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to the following:

C. Berwick Duval, Scott M. McCaleb, Mark B. Sweet, Marcus B. Slater, Jr., Jennifer J. Zeien, Roderick L. Thomas, Stanwood R. Duval.

*/s/ Diana J. Younts*
DIANA J. YOUNTS